IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **PETER KEYES JR.** <br> 40 Roosevelt Avenue <br> Northeast, MD 21901 <br> **Plaintiff** <br><br> v. <br><br> **LUIS CHAPARRO** <br> 3131 Little Sounds Drive <br> Orlando, FL 32827 <br><br> And <br><br> **FALCON FREIGHT LOGISTICS CORP.** <br> 8440 Barnstable Place <br> Orlando, FL 32827 <br> **Defendants** | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | **CIVIL ACTION** <br><br> **NO.** <br><br><br> **JURY TRIAL DEMANDED** |

## CIVIL ACTION COMPLAINT

### I.  PARTIES

1. Plaintiff, Peter Keyes Jr., is an adult individual residing at 40 Roosevelt Avenue, Northeast, MD 21901.

2. Defendant, Luis Chaparro, is an adult individual residing at 3131 Little Sounds Drive, Orlando, FL 32827.

3. Defendant, Falcon Freight Logistics Corp, is a corporation or other business entity existing, operating, and doing business under the laws of the State of Florida, which maintains its principal place of business at the above-captioned address.

## II.   JURISDICTION AND VENUE

4.   The Court has jurisdiction over the lawsuit under 28 U.S.C. Section 1332 because Plaintiff and Defendants are deemed citizens of different states and the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

5.   Venue is proper in the United States District Court for the District of New Jersey, under 28 U.S.C. Section 1391, as Burlington County, NJ is the where the subject accident occurred.

## III.   FACTS

6.   On or about February 17, 2016, Plaintiff was the operator of a flatbed truck which, while traveling on an exit ramp of the New Jersey Turnpike at exit 4N towards the James Cooper Service Area, in the Township of Mount Laurel, County of Burlington, State of New Jersey, was caused to strike the tractor trailer owned by Defendant, Falcon Freight Logistics Corp. and operated by Defendant, Luis Chaparro, that was illegally parked and partially obstructing a travel lane with no lights or other indicators illuminated, causing severe and extensive injury to Plaintiff, as is set forth more fully at length below.

7.   At all relevant times hereto, Defendants acted by and through its agents, work persons, employees and/or servants then and there acting within the course and scope of their authority, duties and/or employment for Defendants.

8.   This accident was caused solely from the negligence and carelessness of Defendant and was in no manner whatsoever due to any act of negligence on the part of Plaintiff.

### COUNT I – NEGLIGENCE
### PETER KEYES JR. v. LUIS CHAPARRO AND
### FALCON FREIGHT LOGISTICS CORP.

9. Plaintiff, Peter Keyes Jr., hereby incorporates Paragraphs 1-8 as if same were set forth at length herein.

10. The negligence and carelessness of Defendants herein consisted of any and all of the following:

   (a) parking the vehicle in a no parking zone with no lights or other indicators illuminated;
   (b) partially obstructing a travel lane with no lights or other indicators illuminated;
   (c) failure to place flares and/or other indicators of the truck's location;
   (d) failure to warn motorists of the location of the truck;
   (e) failure to obey traffic signs or signals;
   (f) negligently entrusting the vehicle to an operator unable or unfit to operate same;
   (g) failure to properly operate said vehicle;
   (h) failure to remain in a single lane;
   (i) failure to be aware of other vehicles on the roadway;
   (j) failure to use all prudent and necessary care for vehicular travel under the circumstances;
   (k) violating applicable ordinances and codes for the State of New Jersey and such other statutes and case law governing the operation of motor vehicles on highways;
   (l) such other acts of negligence and carelessness as may be adduced through discovery or at trial.

11. Due to all foregoing, Plaintiff suffered severe, permanent, and disabling personal injuries to the bones, muscles, nerves, tendons, tissues, discs, and blood vessels of his body as well as severe emotional upset, any and all of which are or may be permanent and all of which caused him great physical pain and mental anguish, with respect to the following, including but not limited to: comminuted fracture of the midtibial shaft and fibular shaft requiring surgery and internal/external fixation, comminuted left iliac wing and acetabular fracture requiring open reduction and internal fixation, internal injuries of an unknown nature, severe aches, pains,

mental anxiety and anguish, severe shock to his entire nervous system, exacerbation of all known and unknown pre-existing medical conditions, if any, and other injuries that will represent a permanent and substantial impairment of Plaintiff's bodily functioning that substantially impairs Plaintiff's ability to perform his daily life activities, and the full extent of which is not yet known.

12. As a further result of the said accident, Plaintiff has suffered severe pain, mental anguish, humiliation, and embarrassment, and he will continue to suffer same for an indefinite period of time in the future.

13. As a further result of the said accident, Plaintiff has and will probably in the future, be obliged to receive and undergo medical attention, which was or will be reasonable and necessary arising from the aforesaid accident and will otherwise incur various expenditures for the injuries he has suffered.

14. As a further result of the said accident, Plaintiff has incurred medical expenses that were reasonable, necessary, and causally related to the aforesaid accident as a result of the injuries he sustained in this accident.

15. As a further result of the said accident, Plaintiff has been unable to attend to his daily chores, duties, and occupations, and he will be unable to do so for an indefinite time in the future, all to his great financial detriment and loss.

16. As a further result of the said accident, Plaintiff has and will suffer severe loss of his earnings and/or impairment of his earning capacity.

**WHEREFORE**, Plaintiff, Peter Keyes Jr., demands judgment in his favor and against Defendants, Luis Chaparro and Falcon Freight Logistics Corp., for compensatory damages in a sum in excess of seventy-five thousand dollars ($75,000.00) together with interest and costs of suit.

        **SCHATZ & STEINBERG, P.C.**

        _____
        DANA KLAYMAN WEITZ, ESQUIRE
        801 N. Kings Highway
        Cherry Hill, NJ 08034
        Tel: (609)336-5600
        Fax: (215)845-0255
        Email: dweitz@thessfirm.com
        Attorney for Plaintiff

Dated: 5/08/17

JS 44 (Rev. 07/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Peter Keyes, Jr.

### DEFENDANTS
Luis Chaparro and Falcon Freight Logistics Corp.

**(b)** County of Residence of First Listed Plaintiff: **Cecil**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Orange**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, Email and Telephone Number)*
Dana Klayman Weitz, Esquire; Schatz & Steinberg, P.C.
801 North Kings Highway, Cherry Hill, NJ 08034
dweitz@thessfirm.com; (609)336-5600

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | **LABOR** | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle | **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C.A. 1332 Diversity of Citizenship
Brief description of cause:
motor vehicle accident

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
**DEMAND $**
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE 5/08/17
SIGNATURE OF ATTORNEY OF RECORD *[signature]*

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____